UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM L. ANDREWS, JR.,

      Plaintiff,

      v.                               Case No. 26-CV-7

DR. JOHN DOE et al.,

      Defendants.

## ORDER

Plaintiff William L. Andrews, Jr., is incarcerated at Oshkosh Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on Fourteenth Amendment claims based on allegations that the defendants failed to adequately treat his complaints of tooth pain. When Plaintiff prepared his complaint, he did not know the names of the defendants, so he used John Doe placeholders. The Court instructed Plaintiff to use discovery to learn the John Doe Defendants' names. On May 5, 2026, Plaintiff filed a motion to identify the John Doe Defendants. In the motion, he identifies Dr. John Doe as Dr. Daniel O'Connor, Nurse John Doe 1 as Nurse Joanne Kostowicz Volm, Nurse John Doe 2 as Nurse India Le, and Nurse John Doe 3 as Nurse Leah Donovan. Dkt. No. 14. The Court will grant Plaintiff's motion and order the United States Marshal to serve the complaint on the newly identified defendants. After the defendants have had an opportunity to respond to the complaint, the Court will enter a scheduling order setting deadlines for the completion of discovery and the filing of dispositive motions.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to identify the John Doe Defendants (Dkt. No. 14) is **GRANTED**. The clerk's office is directed to update the caption to

reflect that the names of the John Doe Defendants are Dr. Daniel O'Connor, Nurse Joanne Kostowicz Volm, Nurse India Le, and Nurse Leah Donovan.

**IT IS FURTHER ORDERED** that the clerk's office terminate Milwaukee County Sheriff Denita Ball as a defendant.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the complaint, the Court's February 4, 2026, screening order, and this order upon Dr. Daniel O'Connor, Nurse Joanne Kostowicz Volm, Nurse India Le, and Nurse Leah Donovan pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2)–(3). Although Congress requires the Court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The Court is not involved in the collection of the fee.

**IT IS FURTHER ORDERED** that Dr. Daniel O'Connor, Nurse Joanne Kostowicz Volm, Nurse India Le, and Nurse Leah Donovan shall file a responsive pleading to the complaint.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the Court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Green Bay, Wisconsin on May 6, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2